UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES - GENERAL**

Link: 908

| Case No. | CR 09-00609(A)-GAF | | Date | July 6, 2010 |
|---|---|---|---|---|

| Present: The Honorable | **GARY ALLEN FEESS, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Chris Silva for Renee Fisher | Not Present | Consuelo Woodhead - Not Present<br>Anthony R. Montero - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder,* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Attorneys for Defendants: | Present |
|---|---|---|---|
| 4) BERLY SCHWARTZ (BOND) | Not | 4) Thomas W. Kielty, CJA | Not |
| 8) DANTE DAVID (BOND) | Not | 8) Larry Bakman, CJA | Not |
| 25) MA SOCORRO NARCISO (BOND) | Not | 25) George L. Steele, CJA | Not |
| 30) CARLISELE LE (BOND) | Not | 30) Dominic Cantalupo, CJA | Not |
| 32) RUTH MAGRACIA (BOND) | Not | 32) Bernard J. Rosen, CJA | Not |
| 34) ORLEE LUMIGUID (BOND) | Not | 34) Thomas P. Sleisenger, CJA | Not |

**Proceedings:**        **(IN CHAMBERS)**

### RULING RE: MOTION TO DISMISS

The Court has read and considered Defendant Berly Schwartz's motion to dismiss Count Twelve of the Indictment. This motion raises issues regarding the testimony of Jean Park, issues that have been previously presented to and rejected by the Court.

In the present motion, Schwartz argues that the investigating agent, while testifying before the Grand Jury, lied when he stated that Park said that Schwartz told Park that Schwartz was an LVN. In fact, both the transcript of the interview and the recording itself disclose that Park told the agent that Schwartz told Park that she (Schwartz) was an LVN. The fact that Park has now recated does not change the fact of what she said to the interviewers on a prior occasion. Thus, the premise on which the motion is based is faulty. Moreover, the record before the Court also contains other evidence tending to show Schwartz's participation in the alleged conspiracy.

For these reasons, the motion to dismiss is **DENIED.**

IT IS SO ORDERED.

_____ : _____

Initials of Deputy Clerk _____